# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BEKIM FRROKAJ and ILIR FRROKAJ, <br><br> Plaintiffs, <br><br> v. <br><br> CHT CORP. d/b/a CHARLIE TROTTER'S and CHARLES H. TROTTER, <br><br> Defendants. | No. 13-cv-4376 <br><br> Honorable Milton I. Shadur |

## MOTION TO STRIKE DOCUMENT NO. 8 FROM THE DOCKET

Plaintiffs hereby move to strike Document Number 8 from the Docket. In support of this Motion, Plaintiffs state:

1. On June 13, 2013, Plaintiffs filed their Complaint against Defendants.

2. On June 14, 2013, Plaintiffs filed their Amended Complaint against Defendants. The Amended Complaint is Doc. No. 8. Plaintiffs filed the incorrect version of the Amended Complaint. After determining the wrong version of the Amended Complaint was filed, Plaintiffs filed their Corrected Amended Complaint. The Corrected Amended Complaint is Doc. No. 9.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an Order directing the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, to remove Document No. 8 from the Electronic Case Filing System.

BEKIM FRROKAJ and ILIR FRROKAJ

By: /s/ Vincent L. DiTommaso

Vincent L. DiTommaso
Peter S. Lubin
John Auchter
DiTommaso ♦ Lubin, P.C.
17W 220 22nd Street, Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0000
vdt@ditommasolaw.com